IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

SARA ELIZABETH SIEGLER,

      Plaintiff,

                                Case No. 2:12-cv-472
  v.                              Judge Marbley
                                Magistrate Judge King

CITY OF COLUMBUS, *et al.*,

      Defendants.

## ORDER

    This matter is before the Court on the *Motion of Defendant Columbus Metropolitan Housing Authority for an Order Compelling Plaintiff Sara Elizabeth Siegler to File an Amended Complaint that Complies with Federal Civil Procedure Rule 10(b)* ("*Defendant's Motion*"), Doc. No. 17.  Defendant argues that plaintiff "failed to number her claims [in the complaint] . . . [and] failed to limit her paragraphs to a single set of circumstances, all making it not practicable for Defendant to set forth all available defenses and causing Defendant to set forth general denials to the allegations in the Complaint."  *Id*. at p. 2.  Plaintiff, who is proceeding without the assistance of counsel, opposes defendant's motion.  *Memorandum Contra Document 17*, Doc. No. 19.  Defendant has not filed a reply.

    Rule 10(b) of the Federal Rules of Civil Procedure requires that all claims be set forth in "numbered paragraphs, each limited as far as practicable to a single set of circumstances."  Fed. R. Civ. P. 10(b).  Plaintiff's *Complaint*, Doc. No. 1-3, does not strictly comply with Rule 10(b) because the paragraphs are not numbered and they are

not limited "to a single set of circumstances."  Nevertheless, *pro se* complaints are to be held to "less stringent standards than formal pleadings drafted by lawyers."  *Haines v. Kerner*, 404 U.S. 519, 596 (1972).  *See also Williams v. Curtin*, 631 F.3d 380, 383 (6th Cir. 2011) (quoting *Martin v. Overton*, 391 F.3d 710, 712 (6th Cir. 2004)).

Plaintiff's *Complaint* specifically identifies each defendant against whom relief is sought and expressly sets forth five claims for relief.  *See Complaint*, pp. 39-42.  The Court is satisfied that the *Complaint* is sufficiently specific so as to give the Columbus Metropolitan Housing Authority, the only defendant remaining in the action, notice of the claims against it.  Under the circumstances, the Court will not require plaintiff to file an amended complaint.  *Defendant's Motion*, Doc. No. 17, is therefore **DENIED**.


April 29, 2013                            *s/Norah McCann King*
                                          Norah M<sup>c</sup>Cann King
                                     United States Magistrate Judge